IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00016-WYD

United States of America,

       Plaintiff,

v.

1.     CEDRIC DUBOSE,

       Defendant.

## ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE COURT has reviewed the Government's Petition for a Writ of Habeas Corpus Ad Prosequendum pertaining to the above-named defendant for an initial appearance before the United States District Court for the District of Colorado, forthwith. The Court is familiar with the file in this case.

Being now informed in the premises, the Court hereby orders the Clerk of the United States District Court to issue such a Writ directing the United States Marshal and any other officer in whose custody the defendant may be held to bring the body of Cedric Dubose, now confined in the El Paso County Sheriff's Office Criminal Justice Center, 2739 E. Las Vegas Street, Colorado Springs, Colorado, before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith, and from day to day thereafter, for an initial appearance in the United States District Court for the District of Colorado in the above-entitled and pending cause; and to hold the said defendant at all times in custody as an agent of the United States of America; that immediately after the

conclusion of the proceedings described in the above-entitled cause in the United States District Court for the District of Colorado, the United States Marshal and any other officer in whose custody the defendant is held shall return the defendant to the institution where he was confined, under safe and secure conduct, and have then and there this Writ.

DATED at Denver, Colorado, this 26th day of Jan, 2006.

BY THE COURT:

~~WILEY Y. DANIEL~~
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

O. Edward Schlatter
United States Magistrate Judge
Denver, Colorado