UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00016-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CEDRIC DAMON DUBOSE,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by Friday, February 24, 2006 and responses to these motions shall be filed by Friday, March 10, 2006.  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Thursday, March 23, 2006, at 1:30 p.m.**  It is

    FURTHER ORDERED that a three-day jury trial is set for **Monday, April 3, 2006, at 9:00 a.m. in courtroom A-1002.**

    Dated:  February 8, 2006

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge